IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
DIVISION
Criminal No. 5:21-cr-389-M
Civil No. 5:25-cv-105-M

| | |
|---|---|
| ERIC WERNER JOHANSSON | ) |
| Petitioner, | ) ) ) |
| | ) ORDER |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

The court, having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, DIRECTS the United States Attorney to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED this 12th day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE